164 So. 162

**STATE v. CREECH.**

Nos. 33566, 33567, 33568, 33569, 33579.

Nov. 4, 1935.

See, also, State v. McDonald, 181 La. 547, 160 So. 75; Id., 181 La. 549, 160 So. 75.

Pegues & Pegues, of Mansfield, for appellants.

Gaston L. Porterie, Atty. Gen., James O'Connor, Asst. Atty. Gen., A. B. Cavanaugh, Dist. Atty., of Leesville, and Lessley P. Gardiner, Sp. Asst. Atty. Gen., for the State.

FOURNET, Justice.

Each defendant in the above-entitled and numbered cases was convicted in the parish of De Soto on a charge of operating a "blind tiger" and sentenced to pay fine of $301 and costs and serve thirty days in the parish jail. From their respective conviction and sentence, each has appealed.

The records contain neither a bill of exception nor a motion for a new trial, and, therefore, present nothing for this court to review.

The verdicts and sentences are affirmed.